# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2409NE

_____

Kelly Macke,                                  *
                                              *
                    Appellant,                *      Appeal from the United States
                                              *      District Court for the District
        v.                                    *      of Nebraska.
                                              *
Burlington Northern Railroad                  *          [UNPUBLISHED]
Company, Corp.,                               *
                                              *
                    Appellee.                 *

_____

Submitted:  February 8, 1999
Filed: February 19, 1999

_____

Before FAGG and HANSEN, Circuit Judges, and ROSENBAUM,* District Judge.

_____

PER CURIAM.

        Kelly Macke appeals the district court's adverse grant of summary judgment in Macke's disability-based discrimination lawsuit brought under the Americans with Disabilities Act.  The district court concluded Macke was not a qualified individual with a disability because she failed to establish she could perform the essential functions of her job as a maintenance of way laborer.  Having considered the record and the parties submissions, we are satisfied the district court committed no error of

_____

*The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, sitting by designation.

law and summary judgment was correctly granted for the reasons stated in the district court's memorandum and order. Believing that an extended opinion is unnecessary in this fact-intensive case, we affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.